IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02471-PSF-MJW

SCOTT REED,

Plaintiff(s),

v.

HOME DEPOT U.S.A., INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Unopposed Motion for Entry of a Protective Order (DN 12) is GRANTED. The Written Confidentiality Stipulation and Protective Order is APPROVED as amended in paragraph 11 and made an Order of Court.

Date: June 7, 2007