IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-02471-PSF-MJW

SCOTT REED,

    Plaintiff,

vs.

HOME DEPOT U.S.A., INC., a Delaware Corporation

    Defendant.

---

### ~~PROPOSED~~ ORDER RE: UNOPPOSED MOTION TO AMEND SCHEDULING ORDER ( Docket No. 22 )

---

THE COURT having reviewed Defendant's Unopposed Motion to Amend Scheduling Order and being fully advised in the premises therefore, and in light of traditional notions of fair play and substantial justice,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** to Amend the Scheduling Order to extend Defendant Home Depot's Expert Disclosures to be filed on Friday, July 25, 2007 and Plaintiff's rebuttal expert disclosures are due no later than Monday, August 24, 2007.

DATED this 27th day of July 2007.

BY THE COURT:

*[signature]*
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO