IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-02471-PSF-MJW

SCOTT REED,

    Plaintiff,

vs.

HOME DEPOT U.S.A., INC., a Delaware Corporation

    Defendant.

---

**PROPOSED ORDER RE: UNOPPOSED MOTION TO AMEND SCHEDULING ORDER** ( Docket no. 29 )

---

THE COURT having reviewed Defendant's Unopposed Motion to Amend Scheduling Order and being fully advised in the premises therefore, and in light of traditional notions of fair play and substantial justice,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** to Amend the Scheduling Order to allow Home Depot thirty days from the date defense counsel receives the requested documentation to supplement its contemporaneously filed expert disclosures.

DATED this 1st day of August 2007.

BY THE COURT:

_____
~~United States Magistrate~~ Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO