IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-02471-PSF-MJW

SCOTT REED,

    Plaintiff,

vs.

HOME DEPOT U.S.A., INC., a Delaware Corporation

    Defendant.

---

**PROPOSED ORDER RE: STIPULATED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF**
( Docket no. 36 )

THE COURT having reviewed the parties Stipulated Motion to Amend Scheduling Order to Extend Discovery Cutoff and being fully advised in the premises therefore, and in light of traditional notions of fair play and substantial justice,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** to Amend the Scheduling Order to Extend Discovery Cutoff for sixty (60) days from August 31, 2007, and that the new deadline for discovery cutoff shall be Tuesday, October 30, 2007.

DATED this 27th day of August 2007.

BY THE COURT:

_____
The Honorable Michael J. Watanbe
U.S. Magistrate Judge
District of Colorado