IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-02471-PSF-MJW

**SCOTT REED,**

    Plaintiff,

vs.

**HOME DEPOT U.S.A., INC., a Delaware Corporation**

    Defendant.

---

~~PROPOSED~~ ORDER RE: STIPULATED MOTION TO VACATE SETTLEMENT CONFERENCE (Docket No. 44)

---

THE COURT having reviewed the parties' Stipulated Motion to Vacate Settlement Conference and being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that the Settlement Conference scheduled to take place on October 10, 2007 in Magistrate Judge Watanabe's Courtroom is vacated.

DATED this 10th day of October, 2007.

BY THE COURT:

/s/ Michael J. Watanabe
The Honorable Michael J. Watanbe
U.S. Magistrate Judge
District of Colorado