IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:06-cv-02471-PSF-MJW

SCOTT REED,

    Plaintiff,

vs.

HOME DEPOT U.S.A., INC., a Delaware Corporation

    Defendant.

---

**PROPOSED ORDER RE: STIPULATED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY CUTOFF AND RESCHEDULE PRE-TRIAL CONFERENCE** (Docket No. 46)

---

THE COURT having reviewed the parties Stipulated Motion to Amend Scheduling Order to Extend Discovery Cutoff and Reschedule Pre-Trial Conference and being fully advised in the premises therefore, and in light of traditional notions of fair play and substantial justice,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** to Amend the Scheduling Order to Extend Discovery Cutoff for forty-five (45) days from November 8, 2007, and that the new deadline for discovery cutoff shall be Monday, December 24, 2007 and that the Court has rescheduled the Pre-Trial Conference to February 29, 2008, at 9:00 am.

DATED this 23 day of October 2007. Proposed Final Pretrial Order is Due on or before February 22, 2008.

BY THE COURT:

_/s/ Michael J. Watanabe_
The Honorable Michael J. Watanbe
U.S. Magistrate Judge
District of Colorado