**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-02471-REB-MJW

SCOTT REED,

    Plaintiff,
v.

HOME DEPOT U.S.A., a Delaware corporation,

    Defendant.

## MINUTE ORDER[1]

    The matter comes before the court on plaintiff's **Motion for Leave of Court To File Sur Response To Defendant Home Depot, U.S.A. Inc's Reply To Plaintiff's Response To Defendant's Motion For Summary Judgment** [#70], filed March 11, 2008. The motion is **GRANTED**, and the **Plaintiff's Sur Response To Defendant Home Depot U.S.A., Inc.'s Reply To Plaintiff's Response To Defendant's Motion For Summary Judgment** [#71], filed March 11, 2008, is accepted for filing.

    Dated: March 11, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.